**JS-6**
**O**

# United States District Court
# Central District of California

| | |
|---|---|
| RODNEY HERACHIO DIXON,<br><br>Plaintiff,<br><br>v.<br><br>NPG MUSIC PUBLISHING, LLC; NPG RECORDS, INC.; COMERICA BANK AND TRUST N.A.; and DOES 1–10,<br><br>Defendants. | Case № 5:17-cv-00363-ODW (DTB)<br><br><br>**JUDGMENT** |

On February 24, 2017, Plaintiff Rodney Herachio Dixon filed a complaint in this Court. (ECF No. 1.) On April 5, 2017, Plaintiff filed a first amended complaint alleging: (1) copyright infringement; (2) breach of contract; and (3) intentional interference with contractual relations. (First Am. Compl. ¶¶ 64–87, ECF No. 26.) On June 6, 2017, the Court granted Defendants' motion to dismiss without leave to amend and Defendants' motion to deem Plaintiff a vexatious litigant. (ECF Nos. 30, 39.)

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants, and his claims against Defendants are dismissed on the merits and with prejudice;

2. Defendants shall recover costs from Plaintiff as evidenced by a bill of costs.

3. Plaintiff is a vexatious litigant.

4. Plaintiff, or any person acting on his behalf, must first obtain written authorization from a magistrate judge before initiating a new action against Comerica Bank and Trust, N.A. as Personal Representative for the Estate of Prince Rogers Nelson; NPG Music Publishing, LLC; NPG Records, Inc.; or any other entity controlled by the Personal Representative that is related to (1) a contract, of any type, to which Prince was a party, or (2) any of the 965 songs included in the April 4, 2014 transfer of rights (the "Exclusive Songwriter Agreement"). Plaintiff will be allowed to file a complaint if a magistrate judge finds that the proposed complaint is not frivolous and not duplicative of any claim Plaintiff has already filed in state or federal court. If the magistrate judge allows the filing but determines, based on the pleadings and any evidence provided by the parties, that there is no reasonable probability Plaintiff will prevail in the litigation, the magistrate may order Plaintiff to first post security in an appropriate amount to be determined by the magistrate.

**IT IS SO ORDERED.**

June 6, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

**cc: Civil Intake**